IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KIMBERLIN McKITRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-2377-KHV |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $6,063.38.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$6,063.38.**

IT IS SO ORDERED.

Dated this 13th day of June, 2005.

                                                s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge

APPROVED BY:

s/Sharon J. Meyers
Sharon J. Meyers, Bar #70589
4050 Pennsylvania Avenue, Suite 210
Kansas City, Missouri 64111
Tel: (816) 753-3929

Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

By s/Christopher Allman
CHRISTOPHER ALLMAN, Ks. S. Ct. #14225
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel: (913) 551-6750
Fax: (913) 551-6541
Chris.Allman@usdoj.gov

Attorneys for the United States